UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-10006-02 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| VICTOR MANUEL CAPERON, | |
| Defendant. | |

Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offenses to which Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

On or about the 28th day of February, 2018, in Corson County, in the District of South Dakota, Defendant, Victor Manuel Caperon, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Beginning in at least February 2018, the Defendant received distributable quantities of methamphetamine and intended to distribute that methamphetamine in South Dakota, in and around the Watertown, South Dakota area. The individuals who provided the Defendant with the distributable quantities of methamphetamine knew that the Defendant intended to engage in further distribution of the methamphetamine.

1

It was reasonably foreseeable to the Defendant that over 1.5 kilograms but less than 5 kilograms of methamphetamine would be distributed during the course of the conspiracy. Methamphetamine is a Schedule II controlled substance.

On February 26, 2018, Watertown law enforcement executed a state search warrant at a home and learned that Joshua Paul was on a drug run to California. This information led to the arrest of Caperon and his co-Defendant, Paul on February 28, 2018, with 6 pounds of methamphetamine.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3).

RONALD A. PARSONS, JR.

United States Attorney

9-27-18
Date

Meghan N. Dilges
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
Telephone: (605)224-5402
Facsimile: (605)224-8305
E-Mail: Meghan.Dilges@usdoj.gov

9/30/18
Date

_____
Victor Manuel Caperon
Defendant

9-30-18
Date

_____
Julie M. Dvorak
Attorney for Defendant

3